IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:15-CV-111-RJC-DCK

| | |
|---|---|
| EDDIE BOLLMEIER, BILL TRACEY and SIMON PARROTT, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) **ORDER** ) |
| GARY HUMMEL, STEPHEN BRADFORD, ROB STREBLE, STEVE SMYSER, ROBERT FREAR, COURTNEY BORMAN, and Jane Doe Borman, RONALD NELSON, PAUL DIORIO, PAUL MUSIC, JOHN TAYLOR, JOE STEIN, PETE DUGSTAD, JAY MILKEY and STEPHEN NATHAN, | ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 43) filed by John W. Gresham, concerning Brian O'Dwyer on May 22, 2015. Mr. Brian O'Dwyer is to appear as counsel *pro hac vice* for Defendants Hummel, Bradford, Streble, Smyser, Taylor, Stein, Dugstad, Milkey, and Nathan. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 43) is **GRANTED.** Mr. Brian O'Dwyer is hereby admitted *pro hac vice* to represent Defendants Hummel, Bradford, Streble, Smyser, Taylor, Stein, Dugstad, Milkey, and Nathan.

**SO ORDERED**.

Signed: May 26, 2015

David C. Keesler
United States Magistrate Judge